UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE:
Sherri Branch Lilley
Debtor(s)

BCN#: 13-70707/SCS
Chapter: 13

ORDER SUSTAINING OBJECTION

Upon review of the Objection of PHH Mortgage Corporation to the proposed Chapter 13 Plan and confirmation thereof; and WHEREAS, the parties are in agreement,

IT IS ORDERED, that the above Objection to the proposed Chapter 13 Plan and confirmation thereof be sustained.

IT IS FURTHER ORDERED that the Plan shall be amended within twenty-one (21) days of entry of this Order to insure that PHH Mortgage Corporation receives the full amount of its Proof of Claim, $295,734.89.

IT IS FURTHER ORDERED that if the Debtor fails to comply with the terms of this Order, Movant or the Trustee may submit an Order of Dismissal to be entered with this Court without further notice or hearing.

IT IS FURTHER ORDERED that the Trustee reserves all rights as to the anticipated amended plan.

Dated: Jul 17 2013

/s/ Stephen C. St.John
_____
UNITED STATES BANKRUPTCY JUDGE

Notice of Judgment or
Order Entered on Docket: Jul 18 2013

I ask for this:

/s/ Susan C. Meyer_____
Susan C. Meyer, Esquire, Counsel for Movant

Seen; Agreed:
Debtor(s)' Attorney Certification: By signing below, I certify that I have discussed or otherwise made the Debtor(s) aware of the terms of this order and they have agreed to said terms as outlined herein

/s/ Steve C. Taylor

_____
Steve C. Taylor, Attorney for Debtor(s)

Seen; Agreed:

/s/ Kelly M. Barnhart for R. Clinton Stackhouse, Jr.

_____
R. Clinton Stackhouse, Jr., Trustee

I certify that the foregoing has been endorsed by the necessary parties to the action.

/s/ Susan C. Meyer

_____

Susan C. Meyer, Esquire
Counsel for Movant

Copies of this ORDER SUSTAINING OBJECTION are to be sent to:

Shapiro Brown & Alt, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, Virginia 23462

Steve C. Taylor
Law Offices of Steve C. Taylor, P.C.
133 Mt. Pleasant Road
Chesapeake, VA 23322

R. Clinton Stackhouse, Jr.
Chapter 12/13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, VA 23435

Sherri Branch Lilley
687 LAKE MEADE DRIVE
Suffolk, VA 23434

## CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ Susan C. Meyer

---

Susan C. Meyer, Esquire
Attorney for Movant

12-231842